# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1350
(Reexamination No. 95/001,715)

FACEBOOK, INC.,

　　　　　　　　　　Appellant,

v.

PRAGMATUS AV, LLC,

　　　　　　　　　　Appellee.

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

Authorized Abbreviated Caption[2]

FACEBOOK, INC. v PRAGMATUS AV, LLC, 2013-1350

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.